IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHUBB NATIONAL INSURANCE CO., | : | CIVIL ACTION |
| AS SUBROGEE OF SCOTT R. AKERS | | NO. 19-220 |
| AND ERICA C. DUN | : | |
| | : | |
| Plaintiff, | : | |
| v. | | |
| | : | |
| KOHLER COMPANY, | | |
| Defendant. | | |

**ORDER FOR RULE 16 CONFERENCE**

AND NOW, this 26th day of February, 2019, it is hereby ORDERED that a Fed. R. Civ. P. 16 conference shall be held by telephone on March 27, 2019, at 10:30 a.m. Counsel for Plaintiff shall initiate the call to Chambers.

It is FURTHER ORDERED as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference.

3. After consultation with counsel for all parties, counsel shall complete the required **Report of Rule 26(f) Meeting** and file the same with the Clerk of Court at least 7 days prior to the Rule 16 conference. Counsel shall incorporate all the information described in Judge Jones= form Report, which can be found at www.paed.uscourts.gov.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II        J.